UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

LIONEL E. TURNER,

        Plaintiff,

v.

UNKNOWN PELKY, et al.,

        Defendants.
_____/

Case No. 1:24-cv-348

Honorable Phillip J. Green

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  June 17, 2024

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge